UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-34-2F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL SENTENCING |
| ) | MEMORANDUM |
| ) | |
| GERALD LEE BANKS, ) | |
| Defendant. ) | |

This matter is before the court on Defendant's Motion to Seal [DE-47] his sentencing memorandum. For GOOD CAUSE shown, Defendant's Motion to Seal [DE-47] is ALLOWED, and the Clerk of Court is DIRECTED to seal Defendant's sentencing memorandum.

SO ORDERED.

This the 7th day of November, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge